ORIGINAL

**IN THE SUPERIOR COURT OF GUAM**

FILE

2014 MAR 13 PM 1: 46

CLERK OF COURT
BY:

| | |
|---|---|
| THE PEOPLE OF GUAM ) | **CRIMINAL CASE NO. CM0080-13** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER AFTER HEARING** |
| ) | **RE: DEFERRED CHANGE OF PLEA** |
| RISIWI ROCHOW, ) | |
| DOB: 12/21/1975, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Honorable Maria T. Cenzon on February 18, 2014 on Risiwi Rochow's ("Defendant") Change of Plea. Defendant was present and represented by Assistant Public Defender Peter J. Sablan. The People of Guam (the "People") were present and represented by Assistant Attorney General Sean Brown. The Defendant expressed the desire to change his plea in accordance with the written *Deferred* Plea Agreement executed by the Defendant and filed with the Court on February 18, 2014.

The Court examined Defendant, who acknowledged and waived all applicable legal rights under oath and Defendant subsequently deferred his plea of guilty of the offense of:

- Failure to Possess Valid Drivers License (as a Petty Misdemeanor)

Having examined Defendant, the Court found: Defendant is competent and capable of changing his plea; the deferred guilty plea is made knowingly and voluntarily; and the deferred guilty plea is supported by a sufficient factual basis as to each of the essential elements of the offense.

The Court accepted the deferred plea and deferred adjudging the Defendant guilty of the offense listed above. The Court accepted the written *Deferred* Plea Agreement, incorporated

//

**ORIGINAL**

herein by reference, and sentenced Defendant according to the recommended sentence in the *Deferred* Plea Agreement.

A Further Proceedings in this matter is scheduled for October 14, 2014 at 2:00 PM.

SO ORDERED this MAR 13 2014 day of February, 2014.

**HONORABLE MARIA T. CENZON**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

MAR 13 2014

Florene U. Rivera
Deputy Clerk, Superior Court of Guam